# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ARENAS, | CASE NO. 1:08-cv-01351-OWW-SKO PC |
| Plaintiff, | ORDER RE MOTIONS |
| v. | (Doc. 24, 26) |
| DR. ENANMOH, et al., | |
| Defendants. | |

Plaintiff Manuel Arenas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court are two motions from Plaintiff.

On March 1, 2010, Plaintiff filed a motion requesting a fifteen (15) day extension of time to amend his pleadings. (Doc. #24.) Plaintiff claims that an extension of time is necessary because the facility where he was housed was on lockdown and Plaintiff has had limited access to the law library. However, Plaintiff provides no explanation as to why he intends to amend his pleadings and has not been granted leave to amend by the Court. Therefore, Plaintiff's request for an extension of time will be denied.

On May 11, 2010, Plaintiff requested an extension of time to serve discovery requests on Defendant. (Doc. #26.) Plaintiff argues that he was unable to submit his discovery requests on time due to prison lockdowns. From the Court's reading of Plaintiff's motion, the discovery requests have already been prepared and Plaintiff needs an extension of time to serve the discovery requests on Defendant and receive a response. The Court will extend the discovery deadline solely for the

purpose of allowing Plaintiff to serve his discovery requests and receive a response from Defendant. Plaintiff is directed to serve his discovery requests within seven (7) days of the date of service of this order. Defendant is ordered to serve a response on Plaintiff within forty-five (45) days after the discovery requests are served.

      Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to amend his pleadings is DENIED; and
2. Plaintiff's motion for an extension of time to conduct discovery is GRANTED. Plaintiff is directed to serve his discovery requests within seven (7) days of the date of service of this order. Defendant is directed to serve a response within forty-five (45) days after the discovery requests are served.

IT IS SO ORDERED.

**Dated:   June 18, 2010**                         /s/ Sheila K. Oberto
                                                                 UNITED STATES MAGISTRATE JUDGE