# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

MANUEL ARENAS,

        Plaintiff,               No. 1:08-cv-1351-OWW-SKO

   vs.

DR. ENANMOH,

        Defendant.          **ORDER & WRIT OF HABEAS CORPUS**
_____/     **AD TESTIFICANDUM**

      Manuel Arenas, inmate # V-20179, a necessary and material witness in proceedings in this case on November 9, 2010, is confined in California Substance Abuse Treatment Facility, 900 Quebec Avenue, Corcoran, California 93212, in the custody of the Warden.  To secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before mediator Michael Colatrella, Esq., to appear from the institution by video conference at the U. S. District Court, 501 I Street, Sacramento, California 95814, Courtroom #1 on Tuesday, November 9, 2010 at 1:00 p.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the above-named inmate to participate by video conference in a mediation at the time and place above, until completion of the mediation; and

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:   Warden, California Substance Abuse Treatment Facility, P. O. Box 7100, Corcoran, California 93212**

      **WE COMMAND** you to produce the inmate named above to testify before Michael Colatrella by video conference at the time and place above, until completion of the mediation.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

**Dated:   September 28, 2010**         **/s/ Sheila K. Oberto**
                            UNITED STATES MAGISTRATE JUDGE