# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ARENAS, | CASE NO. 1:08-cv-01351-OWW-SKO PC |
| Plaintiff, | ORDER DENYING MOTION |
| v. | (Doc. 38, 39) |
| ENANMOH, | |
| Defendant. | |

Plaintiff Manuel Arenas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 22, 2010, Defendant filed a motion requesting a modification of the scheduling order. (Doc. #38.) Defendant seeks an extension of the deadline to file dispositive motions. Defendant filed a motion for judgment on the pleadings and a motion to extend the deadline to file dispositive motions.

The Court's August 28, 2009 discovery and scheduling order set the deadline for filing dispositive motions at July 7, 2010. (Doc. #17.) Defendant did not file a dispositive motion and did not notify the Court of any intention to file a dispositive motion until the November 22, 2010 motion. Defendant's request to extend the dispositive motion deadline comes more than four months after the original deadline had passed.

Defendant argues that an extension of the dispositive motion deadline is proper because Defendant's current counsel was assigned to work on this case on October 6, 2010 – three months after the dispositive motion deadline expired. However, the retention of new counsel does not justify a modification of the scheduling order. Defendant's new counsel has inherited this case "as is." At

1 the time Defendant's counsel was assigned to this case, the dispositive motion deadline had long
2 expired and a substitution of counsel does not change that fact.  Defendant's new counsel has failed
3 to raise any other facts or arguments that would justify an extension of the dispositive motion
4 deadline.

5       This action is scheduled for trial on March 1, 2011.[1]  Defendant has not raised any argument
6 to justify a modification of the current scheduling order.

7       Accordingly, it is HEREBY ORDERED that Defendant's motion requesting a modification
8 of the scheduling order is DENIED.  Defendant's November 22, 2010 motion for judgment on the
9 pleadings is DISREGARDED.

11 IT IS SO ORDERED.

12 **Dated:   November 29, 2010**          /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants incorrectly argue that "[n]o trial date has been scheduled in this case." (Mem. of P. & A. in Supp. of Def.'s Mot. to Modify the Scheduling Order 3:21-22, ECF No. 38.)

2