# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ARENAS, | CASE NO. 1:08-cv-01351-OWW-SKO PC |
| Plaintiff, | ORDER GRANTING MOTION AND MODIFYING SECOND SCHEDULING ORDER |
| v. | (Docs. 45, 48) |
| DR. ENANMOH, | |
| Defendant. / | |

Plaintiff Manuel Arenas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 17, 2010, Defendant Enanmoh ("Defendant") filed a motion requesting an extension of time to file a pre-trial statement. (Doc. #45.) Defendant seeks an extension through January 10, 2011. Defendant also requested a continuance of the telephonic pre-trial confirmation hearing currently scheduled on January 10, 2011. (Doc. #48.) The Court will grant the extension and reschedule the hearing for January 18, 2011.

Accordingly, it is HEREBY ORDERED that:

1. Defendant shall file his pre-trial statement on or before January 10, 2011; and

2. The January 10, 2011, telephonic trial confirmation hearing is VACATED; and

3. This matter is scheduled for a telephonic trial confirmation hearing before the Honorable Oliver W. Wanger on January 18, 2011, at 11:00 a.m. in Courtroom 3.

IT IS SO ORDERED.

**Dated:   December 27, 2010**            **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

1