# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ARENAS,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. ENANMOH,<br><br>        Defendant.<br>_____ / | CASE NO. 1:08-cv-01351-LJO-SMS PC<br><br>ORDER VACATING ORDER DENYING DEFENDANT'S MOTION TO MODIFY THE SCHEDULING ORDER AND DISREGARDING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS AND DEEMING MOTIONS SUBMITTED<br><br>(ECF No. 41)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE SCHEDULING ORDER AND ORDERING PLAINTIFF TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION WITHIN THIRTY DAYS<br><br>(ECF No. 38)<br><br>ORDER VACATING THE JURY TRIAL SET FOR MAY 3, 2011, AND THE ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(ECF No. 58) |

Plaintiff Manuel Arenas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on the complaint, filed September 11, 2008, against Defendant Enanmoh for deliberate indifference in violation of the Eighth Amendment. (ECF No. 1.) A discovery and scheduling order was issued on August 28, 2009, setting the deadline to file dispositive motions as July 7, 2010. (ECF No. 17.) On October 28, 2009, Defendant filed a motion to dismiss for failure to exhaust, which was denied on

1  August 9, 2010.  (ECF Nos. 19, 30.)  On November 22, 2010, Defendant filed a motion to modify
2  the scheduling order and a motion for judgment on the pleadings.  (ECF Nos. 38, 39.)  On October
3  30, 2010, the Magistrate Judge issued an order denying the motion to modify the scheduling order
4  and disregarding the motion for judgment on the pleadings.  (ECF No. 41.)  This action is currently
5  set for a jury trial on May 3, 2011.

6      In light of the Magistrate Judge and District Judge reassignment, the Court will vacate the
7  jury trial and prior order denying the motion to modify the scheduling order and disregarding the
8  motion for judgment on the pleadings.  Defendant's motion to modify the scheduling order and
9  motion for judgment on the pleadings, filed November 22, 2010, (ECF Nos. 38, 39) are once again
10 deemed submitted.  See Local Rule 230(l).  Good cause having been shown, the motion to modify
11 the scheduling order shall be granted.  Plaintiff shall file an opposition or statement of non-
12 opposition to Defendant's motion for judgment on the pleadings within thirty days.

13     Accordingly, it is HEREBY ORDERED that:

14 1. The order denying Defendant's motion to modify the scheduling order and
15     disregarding the motion for judgment on the pleadings, filed November 30, 2010, is
16     VACATED;

17 2. Defendant's motion to modify the scheduling order and motion for judgment on the
18     pleadings, filed November 22, 2010, are deemed submitted;

19 3. Defendant's motion to modify the scheduling order, filed November 22, 2010, is
20     GRANTED;

21 4. The jury trial in this action, set for May 3, 2011, at 9:00 a.m. in Courtroom 3, is
22     VACATED;

23 5. The order and writ of habeas corpus ad testificandum, issued April 6, 2011,
24     commanding the production of Plaintiff Manuel Arenas for jury trial on May 3, 2011,
25     is VACATED;

26 6. The Clerk's Office shall serve a courtesy copy of this order on CDCR Transportation,
27     and the Out-to-Court Desk and Litigation Office at the California Substance Abuse
28     Treatment Facility, Corcoran; and

7. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file an opposition or statement of non-opposition to Defendant's motion for judgment on the pleadings.

IT IS SO ORDERED.

**Dated:**   **April 11, 2011**             /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE