# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ARENAS,<br><br>                    Plaintiff,<br><br>     v.<br><br>DR. ENANMOH,<br><br>                    Defendant.<br>_____/ | CASE NO. 1:08-cv-01351-LJO-SMS PC<br><br>ORDER VACATING MOTION IN LIMINE HEARING SET FOR APRIL 15, 2011 |

Plaintiff Manuel Arenas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on the complaint, filed September 11, 2008, against Defendant Enanmoh for deliberate indifference in violation of the Eighth Amendment. (ECF No. 1.) On April 11, 2011, an order issued vacating the jury trial set for May 3, 2011, and deeming the motion for judgment on the pleadings as submitted. Therefore, the motions in limine hearing set for April 15, 2011, at 12:00 p.m. in Courtroom 3 will be vacated.

Accordingly, it is HEREBY ORDERED that the motion in limine hearing set for April 15, 2011, at 12:00 p.m. in Courtroom 3 is VACATED.

IT IS SO ORDERED.

Dated:   April 12, 2011                         /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE