# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ARENAS,<br><br>        Plaintiff,<br><br>   v.<br><br>DR. ENANMOH,<br><br>        Defendant. | CASE NO. 1:08-cv-01351-LJO-SMS PC<br><br>ORDER DENYING DEFENDANT'S MOTIONS IN LIMINE AS MOOT<br><br>(ECF Nos. 55, 56) |

Plaintiff Manuel Arenas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 12, 2011, an order issued vacating the jury trial in this action. Concurrently with this order a findings and recommendations issued recommending dismissing Plaintiff's complaint for failure to state a claim. Accordingly, Defendant's motions in limine, filed March 7, 2011, and March 10, 2011, are HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:    August 15, 2011                       /s/ Sandra M. Snyder
                                                         UNITED STATES MAGISTRATE JUDGE